UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dario Perkins-Gardner, *on behalf of himself and all others similarly situated*, | File No. 23-cv-3124 (ECT/JFD) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Pacific Personnel Services and Red Tail Acquisitions, LLC, | |
| Defendants. | |

Based on the Joint Stipulation for Voluntary Dismissal with Prejudice filed by Plaintiff Dario Perkins-Gardner and Defendants Pacific Personnel Services and Red Tail Acquisitions, LLC, ECF No. 19, **IT IS ORDERED** that the action is **DISMISSED** with prejudice.

Dated: January 24, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court